UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,

                Plaintiff,

      v.

W.C. BEISER CONCRETE COMPANY, INC.
and KENNETH BEEMER,

                Defendants.

Case No. 10-cv-611-JPG-PMF

## JUDGMENT

This matter having come before the Court, the defendant W.C. Beiser Concrete Company Inc. having failed to plead or otherwise defend, and default having been entered against W.C. Beiser Concrete Company Inc., and

The remainder of this matter having been tried to a jury and the jury having rendered a verdict against defendant Kenneth Beemer,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Central Laborers' Pension, Welfare and Annuity Funds and against defendants W.C. Beiser Concrete Company Inc. and Kenneth Beemer in the amount of $26,728.23, jointly and severally, representing unpaid contributions due, liquidated damages and audit costs.

Pursuant to Federal Rule of Civil Procedure 58(e), a judgment of attorney's fees and costs will be entered in due course.

**DATED: July 27, 2012**        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                   **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**